United States District Court
For the Northern District of California

1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  DANIEL W. GROGAN,                          No. C 12-0883 WHA (PR)
12          Plaintiff,                         **ORDER OF TRANSFER**
13      vs.
14  DR. JAVATE, DR. JAN PIERRE; DR.            (Docket No. 2)
    SANGHA; J. CLARK KESSEL;
15  CALIFORNIA PRISON HEALTH
    CARE CORPORATION;
16
            Defendants.
17                                        /
18
         This is a civil rights case brought pro se by a state prisoner incarcerated at Centinela
19
    State Prison, which is located in Imperial County, California. The allegedly inadequate medical
20
    care that gives rise to plaintiff's claims is alleged to have taken place at Centinela, and all but
21
    one defendant, the Receiver of the California Department of Corrections and Rehabilitation
22
    Receiver, are located there. Centinela is located within the venue of the United States District
23
    Court for the Southern District of California. Venue for this case is therefore proper in the
24
    Southern District of California. *See* 28 U.S.C. 1391. As plaintiff, the events giving rise to this
25
    complaint, and the majority of the defendants are located at Centinela, in the Southern District,
26
    in interests of justice this case is **TRANSFERRED** to the United States District Court for the
27
    Southern District of California. *See* 28 U.S.C. 1404(a), 1406(a).
28

1    In light of this transfer, ruling on plaintiff's application for leave to proceed in form
2 pauperis (docket number 2) is deferred to the Southern District.
3    The clerk shall transfer this matter forthwith.
4    **IT IS SO ORDERED.**

5 Dated: April ___19___, 2012.

6                                       WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

27 G:\PRO-SE\WHA\CR.12\GROGAN0883.TRN.wpd